# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2006

132070

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN CAMPBELL,
       Plaintiff-Appellant,

v

CHEMISTRI, INC., WILL PERRY,
THOMAS DAVIDSON and MAGDA
MARUDAS,
       Defendants-Appellees.

SC: 132070
COA: 267837
Oakland CC: 2003-053374-CD

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2006             _____
                                   Clerk

p1205